UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

FEDERAL INSURANCE COMPANY, as subrogee of
TRANSAMMONIA, INC., as Charterer, under an
ASBATANKVOY Charter Party, dated June 12, 2003

                              Petitioner,

   v.                                                             Docket No. 12 CV 3851

BERGESEN D.Y. ASA, OSLO, AS AGENTS OF THE       Judge Engelmayer
NORWEGIAN FLAG LPG/C "HUGO N" AND ITS
OWNER GAS CARRIER CORPORATION, LIMITED,

                              Respondents.
-----------------------------------------------------------------

GENERAL GAS CARRIER CORPORATION, LIMITED

                              Cross-Petitioner,

   v.

FEDERAL INSURANCE COMPANY,

                              Cross-Respondent.
_____

# NOTICE OF MOTION

| | |
|---|---|
| Nature of Action: | Special proceeding pursuant to 9 U.S.C. § 9 to confirm arbitration award. |
| Moving Party: | Petitioner/Cross-Respondent |
| Directed To: | Respondents/Cross-Petitioner |
| Date and Time: | To be determined by the Court. |
| Place: | United States District Court, Southern District of New York, 500 Pearl Street, New York, New York 10007 |
| Supporting Papers: | Declaration of Michael C. O'Neill, with Exhibits A and B. |
| Answering Papers: | As permitted by statute or local rules. |

-2-

| | |
|---|---|
| Relief Requested: | An order striking the Reply of General Gas Corporation, Limited to Federal Insurance Company's Opposition to Cross-Petition. |
| Oral Argument: | Requested. |

Dated:  July 31, 2012

                                      **HODGSON RUSS LLP**
                                      *Attorneys for Federal Insurance Company, as subrogee of Transammonia, Inc.*

By: s/ Michael C. O'Neill
        Patrick M. Tomovic
        Michael C. O'Neill
        Brent J. Nowicki
The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, New York 14202
Telephone: (716) 856-4000
moneill@hodgsonruss.com